IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHELLY GUTHRIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONARD M. BAKER, individually and in his )<br>official capacity, and CONSOLIDATED )<br>DELIVEYR AND WAREHOUSING, and LIKEN )<br>STAFFING SERVICES, and FED EX )<br>SMPARTPOST, INC., and FED EX GROUND )<br>PACKAGE SYSTEM, INC.,. and ON-TIME )<br>DELIVERY, )<br>)<br>Defendants. | Case No. 2:07-cv-00821-DSC-RCM<br><br>Assigned to Judge David S. Cercone<br>Referred to Robert C. Mitchell |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter my appearance o on behalf of Defendant, On-Time Delivery in the above-captioned matter.

Respectfully submitted,

Dated: July 23, 2007                                        Babst, Calland, Clements and Zomnir, P.C.

By:   /s/ Stephen L. Korbel
Stephen L. Korbel
PA I.D. No. 89484

Two Gateway Center
8th Floor
Pittsburgh, PA  15222
(412) 394-6690

Firm I.D. #812

## CERTIFICATE OF SERVICE

I, Stephen L. Korbel, hereby certify that on this 23rd day of July, 2007, I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be filed via the Court's Electronic Case Filing System. The document is available for viewing and downloading from the Court's Electronic Case Filing System. I have also caused a true and correct copy of the document to be served upon the following by first class mail, postage prepaid:

Gregory G. Paul, Esquire
Peirce Law Offices
707 Grant Street
2500 Gulf Tower
Pittsburgh, PA  15219

Counsel for Plaintiff Shelly Guthrie

Alexander H. Lindsay, Jr., Esquire
Lindsay, Jackson & Martin
128 South Main Street
Butler, PA  16001

Counsel for Defendant Leonard M. Baker and
Counsel for Defendants Consolidated Delivery and Warehousing

Shelly R. Pagac
FedEx Ground
1000 FedEx Drive
Moon Township, PA  15108

Counsel for Fed Ex Smartpost, Inc. and
FedEx Ground Package System, Inc.

/s/ Stephen L. Korbel
Stephen L. Korbel, Esquire